[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 530.]

THE STATE EX REL. TATE, APPELLANT, *v.* TRIMBLE, ADMR., ET AL.,

APPELLEES.

[Cite as *State ex rel. Tate v. Trimble*, 1998-Ohio-200.]

*Workers' compensation—Court of appeals' judgment reversed and State ex rel. Gay relief ordered.*

(No. 96-1671—Submitted June 24, 1998—Decided August 5, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD08-995.

———————————

*Law Offices of Ronald J. Koltak*, *Ronald J. Koltak* and *Peter J. Gibson*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Dennis L. Hufstader*, Assistant Attorney General, for appellees.

———————————

{¶ 1} The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent and would affirm the judgment of the court of appeals.

———————————